**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-92 |
| VERSUS | SECTION "R" |
| CORNELIUS GARRISON (SMS) | VIOLATION: |
| DONIESHA GIBSON (SMS) | 18 U.S.C. § 371 |
| CHANDRICKA BROWN (SMS) | 18 U.S.C. § 1341 |
| ISHAIS PRICE (SMS) | 18 U.S.C. § 2 |
| AISHA THOMPSON (SMS) | |
| DEWAYNE COLEMAN (CAPIAS) | |
| DONISESHA LEE (SMS) | |
| DONREION LEE (SMS) | |
| ERIA LEE THOMPSON (SMS) | |

## NOTICE OF ARRAIGNMENT

Take Notice that this criminal case has been set for OCTOBER 5, 2020 at 2:00 p.m. before CRIMINAL DUTY MAGISTRATE DONNA PHILLPS CURRAULT, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  September 21, 2020

TO:
CORNELIUS GARRISON
New Orleans, LA 70112

**COUNSEL FOR GARRISON:**
Claude Kelly, Federal Public Defender
500 Poydras Street, Room B318
New Orleans, La 70130
Email: claude_kelly@fd.org

DONIESHA GIBSON
New Orleans, LA 70122

**COUNSEL FOR GIBSON:**
P. Lindsey Williams
631 St. Charles Ave
New Orleans, LA 70130
Email: plwlaw@gmail.com

CAROL L. MICHEL
Clerk of Court
United State District Court
Eastern District of Louisiana

by:      Jay Susslin
         Case Manager

AUSA BRIAN KLEBBA
New Orleans, LA  70130
Email: brian.klebba@usdoj.gov

U.S. Probation/Pretrial Officer

**JUDGE VANCE**

**MAGISTRATE**

FOREIGN LANGUAGE
INTERPRETER: NONE

**Page 2**

CHANDRICKA BROWN
Slidell, LA 70458

**COUNSEL FOR BROWN:**

ISHAIS PRICE
New Orleans, LA 70113

**COUNSEL FOR PRICE:**
Kevin Kelly
909 Poydras Street, Suite 2270
New Orleans, LA 70112
Email: kevin_v_kelly@yahoo.com

AISHA THOMPSON
New Orleans, LA 70117

**COUNSEL FOR AISHA THOMPSON:**

DEWAYNE COLEMAN
Marrero, LA 70072

**COUNSEL FOR COLEMAN:**

DONISESHA LEE
Harvey, LA 70058

**COUNSEL FOR DONISESHA LEE:**

**Page 3**

DONREION LEE
Harvey, LA 70058

**COUNSEL FOR DONREION LEE:**
Federal Public Defender's Office

ERICA LEE THOMPSON
Harvey, LA 70058

**COUNSEL FOR ERICA LEE THOMPSON:**
Robert Toale
505 Weyer St.
Gretna, LA  70053
Email:  toalebooth@aol.com