UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-92 |
| ERICA LEE THOMPSON | SECTION "R" |

## ORDER

Considering the foregoing unopposed[1] Motion for Early Termination of Probation filed by defendant Erica Lee Thompson,[2]

**IT IS HEREBY ORDERED** that Erica Lee Thompson's Motion for Early Termination of Probation is GRANTED.  The probation of Erica Lee Thompson is hereby terminated.

New Orleans, Louisiana, this __19th__ day of November, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]  R. Doc. 364.
[2]  R. Doc. 353.